## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 08 B 08247 |
| AD ONE MEDIA, INC., | ) | Judge Carol A. Doyle |
| | ) | Hearing: Tuesday, |
| Debtor. | ) | June 17, 2008 at 10:00 a.m. |

### ORDER AUTHORIZING RETENTION

This cause coming to be heard on the Trustee's Motion For Authority To Retain Chris Matsakis And Chicago Liquidators As Inventory Liquidator (the "Motion"); notice having been provided; the Court having heard any arguments of counsel; and the Court being otherwise fully advised in the premises; IT IS HEREBY ORDERED THAT:

1. **Trustee is authorized to retain Chris Matsakis and Chicago Liquidators Services, Inc. as inventory liquidator herein to sell the office furniture and supplies via live auction.**

2. Trustee is authorized to pay Chicago Liquidators Services, Inc. pursuant to the Liquidation Sale Agreement attached to Trustee's Motion from the sale proceeds, without further notice or order of Court.

3. This Order is a final order, and the Motion and this Order constitute a core proceeding.

JUN 17 2008

_Carol A. Doyle_
United States Bankruptcy Judge

CHGO1\31209446.1