# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | Case No. 08 B 08247 |
| AD ONE MEDIA, INC., ) | Judge Carol A. Doyle |
| ) | Hearing: Tuesday, |
| Debtor. ) | June 17, 2008 at 10:00 a.m. |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF LOIS WEST AND POPOWCER KATTEN, LTD. AS TRUSTEE'S ACCOUNTANTS

This matter having come before the Court on the *Application for Entry of an Order Authorizing the Retention and Employment of Lois West and Popowcer Katten, Ltd. as Trustee's Accountants* pursuant to 11 U.S.C. §§ 327(a) and 328 and Federal Rule of Bankruptcy Procedure 2014; due written notice having been given; the Court having heard statements of counsel on the record and being otherwise fully advised in the premises;

**IT IS THEREFORE HEREBY ORDERED** that:

1. This matter is a core proceeding as that term is used in 28 U.S.C. § 157;

2. Trustee is authorized to employ Lois West and Popowcer Katten, Ltd. as his accountants for accounting and tax services in the above-referenced case;

3. The allowance of all compensation and expense reimbursement to Popowcer Katten, Ltd. is subject to further Court approval, after hearing upon application and appropriate notice. Accountants for Trustee shall be entitled to file applications with this Court for compensation based on services rendered by said accountants in accordance with their usual and

CHGO1\31209429.1

08-08247:17.1;Application to Employ:Proposed Order Entered: 5/16/2008 1:07:57 PM by:Deborah Gutfeld Page 2 of 2

customary hourly rates and expenses incurred in connection therewith and in accordance with the

Local Rules and this Court's applicable orders; and

    4.    This Order is a final Order and is effective immediately.

Dated: _____, 2008    ENTERED:

JUN 17 2008

_____
HONORABLE CAROL A. DOYLE
UNITED STATES BANKRUPTCY JUDGE

2

CHGO1\31209429.1